# MEMORANDA.

FIRST DISTRICT.

No. 66—2336. Chicago Dry Dock Co. v. Rice. This was assumpsit brought by Albert H. Rice against the Chicago Dry Dock Company, to recover a balance of $300 claimed by the plaintiff to be due him for services as foreman of the defendant's dry dock. It is not disputed that the plaintiff was employed by the defendant for the term of one year, under a special contract, and that he served the defendant during the full period of his employment. The only substantial controversy is as to the amount of wages or salary fixed by the contract. The judge below, who tried the case, by agreement, without a jury, and who saw and heard the witnesses, reached the conclusion that the evidence as to the terms of the contract preponderated in favor of the plaintiff, and the court sees no ground for disturbing his finding. Opinion PER CURIAM. Judge below, JOSEPH E. GARY. Attorneys, for appellant, Messrs. SCHUYLER & KREMER; for appellee, Mr. JOHN C. RICHBERG. Opinion filed June 9, 1886.

No. 74—2344. Kirk et al. v. Wolff Mfg. Co. This was *indebitatus assumpsit* brought by appellee against appellants, who were manufacturers of soap, to recover for work, labor and materials done and furnished by appellee in making of copper and other materials a new kind of apparatus for appellants, to be used in the manufacture of soap. The case turned wholly upon questions of fact, as to some of which the evidence was conflicting. Since there was no error of law in admitting or excluding evidence, or in giving or refusing instructions, the verdict of the jury can not be interfered with by this court. Affirmed. Opinion PER CURIAM. Judge below, ELLIOTT ANTHONY. Attorneys, for appellant, Messrs. FLOWER, REMY &